# United States District Court
## Northern District of Illinois
### Eastern Division

RUFUS GRAYER                     **JUDGMENT IN A CIVIL CASE**

     v.                           Case Number: 06 C 1997

GREENWOOD, ET AL

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons stated in this court's memorandum opinion and order, we grant defendants motion for summary judgment on the federal claims. We also agree with the defendants request that the state law claims be dismissed for lack of supplemental jurisdiction.

                                                              Michael W. Dobbins, Clerk of Court

Date: 4/12/2010                                        _____

                                                             /s/ Terry Perdue, Deputy Clerk